LOUBON REALTY CORPORATION, Respondent, v. REGINA MOSKOWITZ, Defendant, and ABRAHAM YARMARK et al., Defendants-Appellants.— Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.